UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 5:09-17-JMH |
| ) | (Civil Action No. 5:11-7170-JMH- |
| v. ) | EBA) |
| ) | |
| MANUEL LEE PATTON, ) | |
| ) | |
| Defendant. ) | **MEMORANDUM OPINION & ORDER** |

\*\* \*\* \*\* \*\* \*\*

Defendant Manuel Lee Patton has filed a document styled "Petition Under Federal Rules of Civil Procedure Title III Pleadings and Motions, Rules 15(A) and 15(d), to Amend and Supplement" [DE 66].

The Court has already entered a final order [DE 64; *see also* Judgment at DE 65] denying the petition that Defendant now seeks to amend and supplement. Accordingly, the Court considers whether relief from the judgment is available to Patton under Fed. R. Civ. P. 60(b). "A Rule 60(b) motion that attempts 'to add a new ground for relief' is effectively a motion to vacate, set aside, or correct the sentence, and thus should be considered a § 2255 motion." *In re Nailor*, 487 F.3d 1018, 1022 (6th Cir. 2007) (citing *Gonzalez v. Crosby,* 545 U.S. 524, 532 (2005)). The same is true of a Rule 60(b) motion which "attacks the federal court's previous resolution of a claim on the merits, since alleging that the court erred in denying habeas relief on the merits is effectively indistinguishable from alleging that the movant is, under the

substantive provisions of the statutes entitled to habeas relief." *Gonzalez*, 545 U.S. at 532 (cited with approval in *In re Nailor*, 487 F.3d at 1023).

Because all of Patton's arguments could have been raised in his first § 2255 motion, it is a second or successive petition for relief under § 2255, and he must seek authorization from the Court of Appeals before filing it with this Court. *See* 28 U.S.C. § 2255(h); *In re Bowen*, 436 F.3d 699, 704 (6th Cir. 2006).

Accordingly, **IT IS ORDERED** that Patton's "Petition Under Federal Rules of Civil Procedure Title III Pleadings and Motions, Rules 15(A) and 15(d), to Amend and Supplement" [DE 66] is **DENIED**.

This the 13th day of January, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge